UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENNIE BRYANT,

        Petitioner,

                                            Case No. 09-12824

v.

                                            Honorable Patrick J. Duggan

DAVID BERGH,

        Respondent.

_____/

## JUDGMENT

On July 17, 2009, Bennie Bryant ("Petitioner") filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DENIED WITH PREJUDICE**.

Dated: September 19, 2011                    s/PATRICK J. DUGGAN
                                                            UNITED STATES DISTRICT JUDGE

Copies to:

Bennie Bryant, #359946
West Shoreline Correctional Facility
2500 South Sheridan Drive
Muskegon Heights, MI 49444

Andrea M. Christensen, A.A.G.